## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

| | |
|---|---|
| Stanley Baker, | : |
| | : |
| Plaintiff, | : Case No. 1:13-cv-10035-EFH |
| | : |
| v. | : |
| | : |
| GC Services, LP, | : |
| | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, Stanley Baker ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  February 4, 2013           RESPECTFULLY SUBMITTED,


                                   By: /s/  David R. Jackowitz

                                       David R. Jackowitz, B.B.O. No. 567279
                                       Shaevel & Krems, LLP
                                       141 Tremont Street
                                       Boston, MA 02111
                                       Telephone: (617) 556-0244
                                       Fax: (617) 556-0284
                                       djackowitz@shaevelkrems.com
                                       Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2013, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to defendant at the below address:

    Andrew Schneiderman
    28 State Street 24th Floor
    Boston, MA 02109-1775

    By:  /s/ David R. Jackowitz

    David R. Jackowitz, B.B.O. No. 567279
    Shaevel & Krems, LLP
    141 Tremont Street
    Boston, MA 02111
    Telephone: (617) 556-0244
    Fax: (617) 556-0284
    djackowitz@shaevelkrems.com
    Attorneys for Plaintiff