# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## BOSTON DIVISION

_____ :
                                  :
Stanley Baker,                    :
                                  :     Case No. 1:13-cv-10035-EFH
              Plaintiff,          :
                                  :
        v.                        :
                                  :
GC Services, LP,                  :
                                  :
              Defendant.          :
_____ :

## NOTICE OF VOLUNTARY DISMISSAL

Stanley Baker (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP

41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order)

voluntarily dismisses, with prejudice, the above-captioned action, filed against, GC Services, LP

(Defendant), in this case.


DATED:  March 29, 2013                    RESPECTFULLY SUBMITTED,


                              By: /s/  David R. Jackowitz

                                  David R. Jackowitz, B.B.O. No. 567279
                                  Shaevel & Krems, LLP
                                  141 Tremont Street
                                  Boston, MA 02111
                                  Telephone: (617) 556-0244
                                  Fax: (617) 556-0284
                                  djackowitz@shaevelkrems.com
                                  Attorneys for Plaintiff

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 29, 2013, I electronically filed the foregoing Notice of

Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said

Notice was mailed to the below address:

Andrew Schneiderman
28 State Street 24th Floor
Boston, MA 02109-1775


DATED:  March 29, 2013                    RESPECTFULLY SUBMITTED,


By: /s/  David R. Jackowitz

David R. Jackowitz, B.B.O. No. 567279
Shaevel & Krems, LLP
141 Tremont Street
Boston, MA 02111
Telephone: (617) 556-0244
Fax: (617) 556-0284
djackowitz@shaevelkrems.com
Attorneys for Plaintiff